UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J.S. and A.S., as Parents and Next Friends**     **PLAINTIFFS**
**of Child Doe, a Minor**

VS.　　　　　　　　　No. 4:05-CV-01599 GTE

**EAST END SCHOOL DISTRICT,** *et al.*     **DEFENDANTS**

## ORDER DISMISSING SPECIFIC PARTIES

Before the Court is Plaintiffs' Motion to Dismiss Specific Parties (# 62). For good cause shown and with the agreement of all parties,

IT IS HEREBY ORDERED THAT the motion be, and it is hereby, GRANTED. Pursuant to Fed. R. Civ. P. 41(a), the remaining claims against Defendants Mark Tyler, Mary Frey, and Kelli Rainey in their official capacities shall be dismissed without prejudice. By a separate Scheduling Order, the claims against the sole remaining Defendant, East End School District, will be set for a bench trial.

IT IS SO ORDERED this   10th   day of May, 2007.

　　　　　　　　　　　　　　　　　　　　  /s/ G. Thomas Eisele
　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE